UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 16-11253-RGS

LESLIE EPPS, ET AL.,

v.

CITY OF BOSTON

MEMORANDUM AND ORDER FOR DISMISSAL

August 17, 2016

STEARNS, D.J.

On June 28, 2016, this court issued a Memorandum and Order (Dkt. #5) granting plaintiff Leslie Epps's Motion for Leave to *Proceed in forma pauperis* but denying the motion with respect to co-plaintiff Fresh LemonAid, Inc. (FLAI). This court directed FLAI to pay the apportioned share of the filing and administrative fees ($200.00) by July 19, 2016, failing which, its claims would be dismissed. Additionally, this court advised that plaintiff Epps could not proceed *pro se* on behalf of FLAI, and directed that the claims of FLAI would be dismissed unless counsel filed a Notice of Appearance for FLAI by July 19, 2016. Finally, this court directed plaintiff Epps to file an Amended Complaint by August 9, 2017 if FLAI did not pay the fees or have counsel to represent it in this action.

To date, FLAI has failed to pay the filing and administrative fees as directed, and no Notice of Appearance been filed by duly-licensed counsel for FLAI.  Further, plaintiff Epps has failed to file an Amended Complaint as directed and the time period for doing so has expired.

Accordingly, for the failure of FLAI to pay the filing and administrative fees and obtain counsel as directed, it is hereby Ordered that all of FLAI's claims are <u>DISMISSED</u> without prejudice.  It is Further Ordered that, for the failure of plaintiff Epps to file an Amended Complaint as directed, and for the reasons set forth in the Memorandum and Order (Dkt. #5), all her claims are <u>DISMISSED</u>.  This action shall be closed on the court's dockets.

SO ORDERED.

<u>/s/ Richard G. Stearns</u>
UNITED STATES DISTRICT JUDGE